**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Donnell COPPEDGE, Defendant–Appellant.**

No. 14–7293.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 18, 2014.

Decided: Dec. 23, 2014.

Donnell Coppedge, Appellant Pro Se. Rudulf A. Renfer, Jr., Assistant United States Attorney, Shailika S. Kotiya, Office of the United States Attorney, Raleigh, North Carolina; William Glenn Perry, Office of the United States Attorney, Greenville, North Carolina, for Appellee.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donnell Coppedge appeals the district court's order denying his motion for a new sentencing hearing. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Coppedge*, No. 4:09–cr–00054–F–1 (E.D.N.C. Aug. 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*